**In the Matter of Hardge DAVIS, Jr.**

**No. 561 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

March 23, 2000.

### ORDER

PER CURIAM:

AND NOW, this 23rd day of March, 2000, Hardge Davis, Jr., having been suspended from the practice of law in the State of New Jersey for a period of three months by Order of the Supreme Court of New Jersey dated October 6, 1999; the said Hardge Davis, Jr., having been directed on January 13, 2000, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and upon consideration of the responses filed, it is

ORDERED that Hardge Davis, Jr., is suspended from the practice of law in this Commonwealth for a period of three months, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

■

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Lamont A. GIVENS, Respondent.**

**No. 576 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

March 23, 2000.

### ORDER

PER CURIAM.

AND NOW, this 23rd day of March, 2000, there having been filed with this Court by Lamont A. Givens his verified Statement of Resignation dated February 10, 2000, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Lamont A. Givens be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.